Case 5:22-cv-01223-NC   Document 8   Filed 03/24/...

FILED

Mar 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO E. AGUIRRE,

        Plaintiff,

   v.

CALIFORNIA INSTITUTION FOR MEN,

        Defendant.

Case No. 22-cv-01223 NC (PR)

**ORDER OF TRANSFER**

Plaintiff, a state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the California Institution for Men, which is located in Chino, CA. The institution is within the Central District of California. *See* 28 U.S.C. § 84(c). Venue therefore is proper in the Central District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: \_\_\_March 24, 2022\_\_\_

NATHANAEL M. COUSINS
United States Magistrate Judge